

# MEMORANDUM OPINION

No. 04-08-00909-CV

Frank **HERRERA**, et al.,
Appellants

v.

Lisa G. **HILL**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-16174
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  April 8, 2009

DISMISSED FOR WANT OF PROSECUTION

    After the trial court found this appeal to be frivolous, we ordered appellants to file written

notice in this court by March 9, 2009, if they intended to appeal the frivolous finding.  If appellants

failed to timely file any written notice of their intention to appeal the trial court's frivolous finding,

we ordered appellants to provide written proof to this court by March 19, 2009, that the clerk's fee

and reporter's fee for the preparation of the records for this appeal had been paid or arrangements

had been made to pay the fees. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 13.003. We stated that if appellants failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

Appellants failed to timely respond to our prior order. This appeal is dismissed for want of prosecution.

PER CURIAM